USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

NURU MOUMOUNI,

Plaintiff,

-against-

26-cv-8779 (LAK)

JDM EQUIPMENT LLC, et al.,

Defendants.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

This case is remanded to the New York Supreme Court, Bronx County. The amended notice of removal falls adequately to allege complete diversity of citizenship of either limited liability company. The allegation that Mr. Kragovic, the sole member of both limited liability companies, is a resident of Illinois is insufficient because residence does not establish citizenship for diversity purposes. *Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377, 382 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.,* 87 F.3d 44, 47 (2d Cir. 1996). As plaintiff already has had one opportunity to correct defective jurisdictional allegations, another is unwarranted given that the requirements for removal are strictly constued.

SO ORDERED.

Dated: October 14, 2026

Lewis A. Kaplan
United States District Judge